# IOWA COURT OF APPEALS

| | | | |
|---|---|---|---|
| State v. Gleason | 13–1678 | 01/11/2017 | Affirmed |
| State v. Davis | 15–0666 | 01/11/2017 | Affirmed |
| Jordan v. State | 15–0820 | 01/11/2017 | Affirmed |
| State v. Henderson | 15–1166 | 01/11/2017 | Affirmed |
| Banker v. State | 15–1275 | 01/11/2017 | Affirmed |
| State v. Moffitt | 15–1376 | 01/11/2017 | Affirmed |
| State v. Nino–Estrada | 15–1386 | 01/11/2017 | Affirmed |
| State v. Coleman | 15–1439 | 01/11/2017 | Affirmed |
| Hutchcroft, In re | 15–1489 | 01/11/2017 | Affirmed |
| State v. Serrine | 15–1496 | 01/11/2017 | Affirmed |
| State v. Tjernagel | 15–1519 | 01/11/2017 | Reversed and Remanded |
| State v. Williams | 15–1553 | 01/11/2017 | Affirmed |
| State v. Hauersperger | 15–1602 | 01/11/2017 | Affirmed |
| Crawley v. State | 15–1812 | 01/11/2017 | Affirmed |
| Schulz Farm Enterprises, Inc. v. IMT Insurance | 15–1960 | 01/11/2017 | Affirmed |
| State v. Comstock | 15–1992 | 01/11/2017 | Reversed and Remanded for Dismissal |
| Kimpton v. State | 15–2061 | 01/11/2017 | Affirmed |
| State v. Turner | 15–2130 | 01/11/2017 | Affirmed |
| D.B., In Interest of | 15–2177 | 01/11/2017 | Affirmed |
| Flowers v. State | 15–2187 | 01/11/2017 | Affirmed |
| State v. Smith | 15–2194 | 01/11/2017 | Convictions Affirmed, Sentence Vacated, and Remanded |
| T.J., Matter of | 16–0086 | 01/11/2017 | Reversed |
| Johnston, In re Marriage of | 16–0107 | 01/11/2017 | Affirmed in part, Reversed in part, and Remanded |
| State v. Howard | 16–0137 | 01/11/2017 | Reversed and Remanded |
| State v. Villa | 16–0186 | 01/11/2017 | Affirmed |
| State v. Hoyman | 16–0225 | 01/11/2017 | Affirmed |